FILED 14 APR '22 10:28 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_____ DIVISION

Tera Harris
*(Enter full name of plaintiff)*

Plaintiff,

v.

Multnomah Sheriffs department
City Central Concern

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-00570-MK
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: Tera Harris
Street Address: 11540 NE Inverness Dr
City, State & Zip Code: Portland, Oregon 97220
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)          1
[Rev. 01/2018]

Defendant No. 1    Name: Multnomah County Sheriffs Department
Street Address: 1120 SW 3rd Ave Room 209
City, State & Zip Code: Portland, Oregon 97204
Telephone No.: 503 988-3714

Defendant No. 2    Name: City Central Concern
Street Address: 220 NW Couch ST
City, State & Zip Code: Portland, Oregon 97206
Telephone No.: _____

Defendant No. 3    Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

Defendant No. 4    Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Concern Dr's letter stating Plaintiff was at a high risk to catch SARS-Covid- and any other disease and the medication is very dangerous. I was placed in custody discriminating against my disabilities and the treatment I was receiving. The treatment that I receive is a life or death treatment due to plaintiffs sickness

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

City Central Concern and the Sheriffs Department had me sign ROI before entering into the program, but also stated I did not sign one or failed to sign this is one the guide lines to get into any program being its funding. I have been placed back in jail and have been in and out of the hospital. I have been placed at even more at risk then before being placed in curacation on libel which is a direct violation at my Medical Bill of Rights and American Disibility Act

*(If you have additional claims, describe them on another piece of paper, using the same outline.)* Under 42 U.S.C. 1983, Plaintiff was discriminated against and retaliated on due to medical illness and treatment

Complaint for Violation of Civil Rights (Prisoner Complaint)   4
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Medical Bill of Rights, Disability Rights, Discrimination, 8, 5, 4, 14, Americans with Disabilities act, false claims

## III. STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Plaintiff was placed in Boo monitor by Multnomah County Sheriffs Department and was on bail placed with City Central Concern HRR Program for Housing and to do programs. Plaintiff was receiving Immune Therpy medication and was adding that in the hospital every other week for Therpy medication. Per Dr's orders Plaintiff could not be allowed a group of people due to SMRS-Covid 19 and medication being very life threating. Plaintiff was placed back in Custody

### Claim II

State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Plaintiff was placed back in Custody after Plaintiff had given City Central

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

3

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes        ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Plaintiff is seeking 500,000 in damages Punitive, Monetary, and declaratory relief. For loss of Liberty and Life, and freedom from cruel and unusual punishment, mental and emotional stress

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of April, 2022.

_____
(Signature of Plaintiff)